# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| **JOSEPH J. SCHEPIS, JR., #83380-071**, ) | | **JUDGMENT** |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| **UNITED STATES OF AMERICA,** ) | | **C/A No.: 0:07-0753-JFA** |
| ) | | |
| Respondent. ) | | |
| _____ ) | | |

**Decision by the Court**.  This action came before the Court, Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  The Court having adopted the Report and Recommendation of Magistrate Judge Bristow Marchant dismissing the petition without issuance and service of process.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of error coram nobis is dismissed with prejudice

**LARRY W. PROPES, CLERK**

*Mary L. Floyd*

By:_____
       Mary L. Floyd, Deputy Clerk

February 20, 2008